```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARIE BANKS,                              :    CIVIL ACTION
    As Administratrix of the          :    NO. 14-82
    Estate of Darrell T. Banks,       :
                  :
        Plaintiff,                    :
                  :
    v.                                :
                  :
CITY OF PHILADELPHIA, et al.,             :
                  :
        Defendants.                   :

## O R D E R

**AND NOW**, this **14th** day of **August, 2015,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1) Plaintiff's Motion for an Extension of Time to Conduct Additional Discovery (ECF No. 13) is **DENIED.**

(2) Plaintiff's Motion to Amend the Complaint (ECF No. 16) is **DENIED.**

(3) Count 1, Count 2, Count 3, and Count 4 are **DISMISSED.**

(2) Plaintiff shall respond to the Motion for Summary Judgment by **September 14, 2015.**

    **AND IT IS SO ORDERED.**

              /s/ Eduardo C. Robreno
              **EDUARDO C. ROBRENO,    J.**