```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARIE BANKS,     as Administratrix of the     Estate of Darrell T. Banks,          Plaintiff,     v. CITY OF PHILADELPHIA, et al.,          Defendants. | : : : : : : : : : : : | CIVIL ACTION NO. 14-82 |

### O R D E R

**AND NOW**, this **30th** day of **March, 2015,** the following is hereby **ORDERED:**

(1) For the reasons set forth in the accompanying memorandum, Defendant's Motion for Summary Judgment (ECF No. 10) is **GRANTED.**

(2) Defendant's Motion for Leave to File Reply Brief (ECF No. 38) is **GRANTED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1