```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARIE BANKS,                         :    CIVIL ACTION
     as Administratrix of the        :    NO. 14-82
     Estate of Darrell T. Banks,     :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :
                                     :
CITY OF PHILADELPHIA, et al.,        :
                                     :
          Defendants.                :
```

**JUDGMENT**

**AND NOW,** this **30th** day of **March, 2016,** it is hereby **ORDERED** that **JUDGMENT** is entered in favor of Defendant the City of Philadelphia and against Plaintiff on Count Five of the Complaint. The case shall be marked **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

1